**Cunnie CATO and C. T. Westmoreland, on their own behalf and on behalf of other persons similarly situated, Plaintiffs-Appellants,**

v.

**INTERNATIONAL LONGSHOREMAN'S ASSOCIATION et al., Defendants,**

**The Board of Trustees of the Galveston Wharves and the City of Galveston, Defendants-Appellees.**

No. 73–2452
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 6, 1973.

Hubert L. Gill, Austin, Tex., for plaintiffs-appellants.

V. W. McLeod, Galveston, Tex., for Board of Trustees.

Warner F. Brock, Houston, Tex., for Int. Longshoreman's Assn.

Tommy B. Duke, Houston, Tex., for Bunge Corp. and others.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges:

PER CURIAM:

We agree with the district court that (1) the plaintiffs-appellants' claim under the Railway Labor Act, Title 45, U.S.C. Sec. 151 is barred by the statute of limitations; and (2) that the Civil Rights Act, Title 42, U.S.C. Sec. 1981 does not support the plaintiffs-appellants' claim against these appellees. The partial judgment [1] of the district court [2] is

Affirmed.

**James Edward CLAYTON, Plaintiff-Appellant,**

v.

**Clarence JONES, Sheriff, Dallas County, Defendant-Appellee.**

No. 73–2574.

United States Court of Appeals,
Fifth Circuit.

Nov. 7, 1973.

James Edward Clayton, pro se.

John B. Tolle, Asst. Dist. Atty., Dallas, Tex., for defendant-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

The appeal is ordered dismissed for want of prosecution for appellant's failure to file a brief within the time fixed by the rules. Rule 9(b). See Tidwell v. Dees, 5th Cir. 1972, 464 F.2d 1297.

1. Appealed from under a Rule 54(b), F.R.Civ. P. certificate.

2. Reported at 364 F.Supp. 489.